No. 4218.—PUEBLO, apldo., *v.* GARCÍA, aplte.—C. D. Arecibo. ▮▮▮▮▮▮▮▮▮▮ Marzo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, el único error alegado es que la corte inferior impuso al acusado la pena de 5 años de presidio, cuando dadas las circunstancias especiales que atenúan la responsabilidad del acusado, nunca debió imponérsele una pena mayor de 3 años;

POR CUANTO, un abogado acusado de asesinato y convicto del delito de homicidio voluntario de todos modos no merece más consideración que cualquier otra persona;

POR CUANTO, este tribunal no halla razón legal alguna para intervenir en la discreción ejercida por la corte inferior,

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo, con fecha 16 de mayo de 1930, en el caso arriba titulado.

No. 4217.—PUEBLO, apldo., *v.* GARCÍA, aplte.—C. D. Arecibo. ▮▮▮▮▮▮▮▮ Marzo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, no es la manera en que un acusado usa una pistola lo que determina el delito de portar armas;

POR CUANTO, la imposición de la pena cae dentro de la discreción de la corte inferior,

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo, con fecha 16 de mayo de 1930, en el caso arriba titulado.

No. 4326.—PUEBLO, apldo., *v.* SOTO ET ALS., apltes.—C. D. Aguadilla. ▮▮▮▮▮▮▮▮ Marzo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Siendo contradictoria la prueba en este caso y suficiente la de cargo, y no habiéndose demostrado que la corte inferior cometiera error al apreciarla, se confirmó la sentencia apelada.